**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Melissa Jan Strayer | Chapter 13 |
| Debtor(s) | 1:20-bk-01906-HWV |
| Lakeview Loan Servicing LLC | Answer |
| Movant | |
| v. | |
| Melissa Jan Strayer | |
| Respondent(s) | |
| Jack N Zaharopoulos | |
| Trustee/Respondent | |

## **ANSWER**

**AND NOW**, this 26th day of February 2023, the Debtor, Melissa Jan Strayer, by and through counsel, Dawn M. Cutaia, files this Answer to the Motion for Relief from Stay filed by Lakeview Loan Servicing/Mr. Cooper:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied. Debtor has paid in full.
7. Denied. Debtor has paid in full.
8. Denied.
9. Denied.
10. Denied.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court deny the Motion for Relief as well as any other relief as may be just and proper.

Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**

Supreme Court ID 77965

Attorney for Debtor(s)
1701 West Market Street

York, PA 17404

cutaialaw@gmail.com
717-304-1841