# UNITED STATES BANKRUPTCY COURT

__Middle__ District Of __Pennsylvania__

In re __Melissa Jan Strayer__          Case No. __20-01906__
         Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\*   Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on __Jul 24, 2025__      _Melissa J Strayer (Jul 24, 2025 18:44:41 EDT)_
             Date                                                Debtor

# Fillable blank cert no support

Final Audit Report                                                                                               2025-07-24

| | |
|---|---|
| Created: | 2025-07-24 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAU1D6EW3oV4ZILz2GWW6ZmJEvC2jWc9Xr |

## "Fillable blank cert no support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-07-24 - 2:18:45 PM GMT

- Document emailed to charlenefauth@gmail.com for signature
  2025-07-24 - 2:19:04 PM GMT

- Email viewed by charlenefauth@gmail.com
  2025-07-24 - 10:24:45 PM GMT

- Signer charlenefauth@gmail.com entered name at signing as Melissa J Strayer
  2025-07-24 - 10:44:39 PM GMT

- Document e-signed by Melissa J Strayer (charlenefauth@gmail.com)
  Signature Date: 2025-07-24 - 10:44:41 PM GMT - Time Source: server

- Agreement completed.
  2025-07-24 - 10:44:41 PM GMT

**Adobe Acrobat Sign**

Case 1:20-bk-01906-HWV    Doc 60    Filed 07/25/25    Entered 07/25/25 13:53:59    Desc
Main Document      Page 3 of 3