**Fill in this information to identify the case:**

Debtor 1    Melissa Jan Strayer

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   20-01906 HWV

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:    Mortgage Information

**Name of Creditor:**    Lakeview Loan Servicing LLC          **Court claim no.** (if known):   3

**Last 4 digits** of any number you use to identify the debtor's account:    8321
**Property address:**

300 Edinburgh Road
York, PA 17406

### Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this
response is:                                                                                                                      $ _____

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all
charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.   Total postpetition ongoing payments due: | (a) | $ 1,508.86 |
| b.   Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c.   **Total.** Add lines a and b. | (c) | $ 1,508.86 |

Creditor asserts that the debtor(s) are contractually obligated for        08 / 01 / 2025
the postpetition payment(s) that first became due on:

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

×/s/ *Matthew Fissel*
Matthew Fissel
18 Aug 2025, 13:08:06, EDT

Date      08/18/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa Jan Strayer<br>              **Debtor(s)** | **BK NO. 20-01906 HWV** |
| Lakeview Loan Servicing LLC<br>           **Movant**<br>    **vs.** | **Chapter 13**<br><br>**Related to Claim No. 3** |
| Melissa Jan Strayer<br>              **Debtor(s)** | |
| Jack N. Zaharopoulos,<br>            **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 18, 2025,</u> I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Melissa Jan Strayer
300 Edinburgh Road
York, PA 17406-0000

<u>Attorney for Debtor(s) (via ECF)</u>
Dawn Marie Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>August 18, 2025</u>

                                 **/s/ Matthew Fissel**
                                 Matthew Fissel
                                 Attorney I.D. 314567
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106
                                 215-627-1322
                                 mfissel@kmllawgroup.com

## Notice of Final Cure Information
### Pre-Petition Ledger

| | |
|---|---|
| Filed By: | Melissa Jan Strayer |
| Case Number: | 20-01906 |
| Filing Date: | 6/23/2020 |
| Loan #: | (redacted) |

| | POC Figures | Comments |
|---|---|---|
| Pre P&I Payments | $9,705.30 | 10 Payments @ P&I - $970.53 |
| Post P&I Payments | | |
| Escrow | $2,220.81 | |
| Projected Escrow | $3,179.48 | |
| Post Escrow | | |
| Pre Petition Fees | $2,515.92 | |
| PPFN | | |
| AO Fees | | |
| Others | | |
| Suspense | | |
| Total POC | $17,621.51 | |

### Trustee Disbursements

| Payment Received | Principal Received | POC Balance | Applied To | Principal and Interest | P&I Payment Balance | Escrow | Escrow Balance | Fees/Costs/Corp Applied | Fees/Costs/Corp Balance | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Date) | | $17,621.51 | (Date) | | $9,705.30 | | $5,400.29 | | $2,515.92 | | $0.00 | |
| 5/21/2021 | $238.33 | $17,383.18 | | | $9,705.30 | | $5,400.29 | | $2,515.92 | $238.33 | $238.33 | |
| 6/18/2021 | $371.30 | $17,011.88 | | | $9,705.30 | | $5,400.29 | | $2,515.92 | $371.30 | $609.63 | |
| 7/16/2021 | $371.30 | $16,640.58 | | | $9,705.30 | | $5,400.29 | | $2,515.92 | $371.30 | $980.93 | |
| 8/23/2021 | $371.30 | $16,269.28 | | | $9,705.30 | | $5,400.29 | | $2,515.92 | $371.30 | $1,352.23 | |
| 9/16/2021 | $371.30 | $15,897.98 | 09/01/19 | $970.53 | $8,734.77 | $492.15 | $4,908.14 | | $2,515.92 | $(1,091.38) | $260.85 | 10/1/2020 |
| 10/18/2021 | $360.64 | $15,537.34 | | | $8,734.77 | | $4,908.14 | | $2,515.92 | $360.64 | $621.49 | |
| 11/18/2021 | $721.28 | $14,816.06 | | | $8,734.77 | | $4,908.14 | | $2,515.92 | $721.28 | $1,342.77 | |
| 1/21/2022 | $360.64 | $14,455.42 | 10/01/19 | $970.53 | $7,764.24 | $492.15 | $4,415.99 | | $2,515.92 | $(1,102.04) | $240.73 | 4/1/2021 |
| 2/18/2022 | $360.64 | $14,094.78 | | | $7,764.24 | | $4,415.99 | | $2,515.92 | $360.64 | $601.37 | |
| 3/25/2022 | $360.64 | $13,734.14 | | | $7,764.24 | | $4,415.99 | | $2,515.92 | $360.64 | $962.01 | |
| 4/22/2022 | $360.64 | $13,373.50 | | | $7,764.24 | | $4,415.99 | | $2,515.92 | $360.64 | $1,322.65 | |
| 5/24/2022 | $360.64 | $13,012.86 | 11/1/2019 | $970.53 | $6,793.71 | $492.15 | $3,923.84 | | $2,515.92 | $(1,102.04) | $220.61 | 6/1/2021 |
| 7/20/2022 | $360.64 | $12,652.22 | | | $6,793.71 | | $3,923.84 | | $2,515.92 | $360.64 | $581.25 | |
| 8/24/2022 | $387.50 | $12,264.72 | | | $6,793.71 | | $3,923.84 | | $2,515.92 | $387.50 | $968.75 | |
| 10/25/2022 | $1,208.49 | $11,056.23 | 12/1/2019 | $970.53 | $5,823.18 | $545.11 | $3,378.73 | | $2,515.92 | $(307.15) | $661.60 | 11/1/2021 |
| 12/7/2022 | $460.35 | $10,595.88 | | | $5,823.18 | | $3,378.73 | | $2,515.92 | $460.35 | $1,121.95 | |
| 12/20/2022 | $460.35 | $10,135.53 | | | $5,823.18 | | $3,378.73 | | $2,515.92 | $460.35 | $1,582.30 | |
| 1/24/2023 | $367.35 | $9,768.18 | 1/1/2020 | $970.53 | $4,852.65 | $545.11 | $2,833.62 | | $2,515.92 | $(1,148.29) | $434.01 | 2/1/2022 |
| 3/22/2023 | $367.35 | $9,400.83 | | | $4,852.65 | | $2,833.62 | | $2,515.92 | $367.35 | $801.36 | |
| 4/25/2023 | $367.35 | $9,033.48 | | | $4,852.65 | | $2,833.62 | | $2,515.92 | $367.35 | $1,168.71 | |
| 5/23/2023 | $367.35 | $8,666.13 | | | $4,852.65 | | $2,833.62 | | $2,515.92 | $367.35 | $1,536.06 | |
| 6/21/2023 | $367.35 | $8,298.78 | | | $4,852.65 | | $2,833.62 | | $2,515.92 | $367.35 | $1,903.41 | |
| 7/18/2023 | $382.36 | $7,916.42 | 2/1/2020 | $970.53 | $3,882.12 | $783.55 | $2,050.07 | | $2,515.92 | $(1,371.72) | $531.69 | 2/1/2023 |
| 8/15/2023 | $382.36 | $7,534.06 | | | $3,882.12 | $382.36 | $1,667.71 | | $2,515.92 | $- | $531.69 | |
| 9/27/2023 | $382.36 | $7,151.70 | | | $3,882.12 | $382.36 | $1,285.35 | | $2,515.92 | $- | $531.69 | |
| 10/31/2023 | $639.32 | $6,512.38 | | | $3,882.12 | $639.32 | $646.03 | | $2,515.92 | $- | $531.69 | |
| 11/21/2023 | $363.40 | $6,148.98 | | | $3,882.12 | $363.40 | $282.63 | | $2,515.92 | $- | $531.69 | |
| 12/29/2023 | $363.40 | $5,785.58 | | | $3,882.12 | $363.40 | $(80.77) | | $2,515.92 | $- | $531.69 | |
| 1/18/2024 | $363.40 | $5,422.18 | | | $3,882.12 | $363.40 | $(444.17) | | $2,515.92 | $- | $531.69 | |
| 3/19/2024 | $363.40 | $5,058.78 | | | $3,882.12 | $363.40 | $(807.57) | | $2,515.92 | $- | $531.69 | |
| 4/24/2024 | $726.80 | $4,331.98 | | | $3,882.12 | $726.80 | $(1,534.37) | | $2,515.92 | $- | $531.69 | |
| 5/29/2024 | $363.40 | $3,968.58 | | | $3,882.12 | $363.40 | $(1,897.77) | | $2,515.92 | $- | $531.69 | |
| 7/16/2024 | $363.40 | $3,605.18 | | | $3,882.12 | $363.40 | $(2,261.17) | | $2,515.92 | $- | $531.69 | |
| 8/13/2024 | $363.40 | $3,241.78 | | | $3,882.12 | $363.40 | $(2,624.57) | | $2,515.92 | $- | $531.69 | |
| 9/24/2024 | $363.40 | $2,878.38 | | | $3,882.12 | $363.40 | $(2,987.97) | | $2,515.92 | $- | $531.69 | |
| 10/29/2024 | $726.80 | $2,151.58 | | | $3,882.12 | $118.46 | $(3,106.43) | $608.34 | $1,907.58 | $- | $531.69 | |
| 12/24/2024 | $363.40 | $1,788.18 | | | $3,882.12 | | $(3,106.43) | $363.40 | $1,544.18 | $- | $531.69 | |
| 1/22/2025 | $363.40 | $1,424.78 | | | $3,882.12 | | $(3,106.43) | $363.40 | $1,180.78 | $- | $531.69 | |
| 2/25/2025 | $363.40 | $1,061.38 | | | $3,882.12 | | $(3,106.43) | $363.40 | $817.38 | $- | $531.69 | |
| 3/25/2025 | $363.40 | $697.98 | | | $3,882.12 | | $(3,106.43) | $363.40 | $453.98 | $- | $531.69 | |
| 4/18/2025 | $363.40 | $334.58 | | | $3,882.12 | | $(3,106.43) | $131.06 | $322.92 | $232.34 | $764.03 | |
| 5/20/2025 | $334.58 | $0.00 | | | $3,882.12 | | $(3,106.43) | | $322.92 | $334.58 | $1,098.61 | |
| 6/26/2025 | | $0.00 | | | $3,882.12 | $(2,275.97) | $(830.46) | | $322.92 | $2,275.97 | $3,374.58 | |
| 6/26/2025 | | $0.00 | 3/1/2020 | $970.53 | $2,911.59 | $568.04 | $(1,398.50) | | $322.92 | $(1,538.57) | $1,836.01 | 2/1/2025 |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |
| | | $0.00 | | | $2,911.59 | | $(1,398.50) | | $322.92 | $- | $1,836.01 | |

# Notice of Final Cure Information
## Post-Petition Ledger

| Filed By: | Melissa Jan Strayer | Payment Changes | | |
|---|---|---|---|---|
| | 0 | | | |
| Case Number: | 20-01906 | **From Date** | **To Date** | **Total Amount** |
| Filing Date: | 06/23/20 | 7/1/2020 | 7/1/2021 | $1,462.68 |
| Loan No: | ███████ | 8/1/2021 | 10/1/2022 | $1,515.64 |
| Payments in POC: | | 11/1/2022 | 10/1/2023 | $1,510.29 |
| Months in POC: | | 11/1/2023 | 10/1/2024 | $1,534.74 |
| First Post Due Date: | 07/01/20 | 11/1/2024 | | $1,538.57 |
| Plan | Borrower | | | |
| PPFN | | | | |
| Gap Payment | | | | |
| Disposition | | | | |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| 7/14/2020 | $ 1,462.68 | 7/1/2020 | $ 1,462.68 | $            - |
| 8/13/2020 | $ 1,462.68 | 8/1/2020 | $ 1,462.68 | $            - |
| 9/17/2020 | $ 1,462.68 | 9/1/2020 | $ 1,462.68 | $            - |
| 10/16/2020 | $ 1,462.68 | 10/1/2020 | $ 1,462.68 | $            - |
| 11/19/2020 | $ 1,462.68 | 11/1/2020 | $ 1,462.68 | $            - |
| 12/22/2020 | $ 1,462.68 | 12/1/2020 | $ 1,462.68 | $            - |
| 1/28/2021 | $ 1,462.68 | 1/1/2021 | $ 1,462.68 | $            - |
| 2/25/2021 | $ 1,462.68 | 2/1/2021 | $ 1,462.68 | $            - |
| 3/31/2021 | $ 1,462.68 | 3/1/2021 | $ 1,462.68 | $            - |
| 4/26/2021 | $ 1,465.00 | 4/1/2021 | $ 1,462.68 | $        2.32 |
| 6/1/2021 | $ 1,462.68 | 5/1/2021 | $ 1,462.68 | $        2.32 |
| 6/18/2021 | $ 1,462.68 | 6/1/2021 | $ 1,462.68 | $        2.32 |
| 7/30/2021 | $ 1,462.68 | 7/1/2021 | $ 1,462.68 | $        2.32 |
| 8/27/2021 | $ 1,515.64 | **8/1/2021** | **$ 1,515.64** | $        2.32 |
| 9/27/2021 | $ 1,515.64 | 9/1/2021 | $ 1,515.64 | $        2.32 |
| 10/25/2021 | $ 1,515.64 | 10/1/2021 | $ 1,515.64 | $        2.32 |
| 11/22/2021 | $ 1,515.64 | 11/1/2021 | $ 1,515.64 | $        2.32 |
| 12/28/2021 | $ 1,515.64 | 12/1/2021 | $ 1,515.64 | $        2.32 |
| | | | | $        2.32 |
| 1/27/2022 | $ 1,515.64 | 1/1/2022 | $ 1,515.64 | $        2.32 |
| 7/1/2022 | $ 1,462.68 | | | $    1,465.00 |
| 8/19/2022 | $ 1,462.68 | 2/1/2022 | $ 1,515.64 | $    1,412.04 |
| 9/23/2022 | $ 1,715.64 | 3/1/2022 | $ 1,515.64 | $    1,612.04 |
| 9/26/2022 | | 4/1/2022 | $ 1,515.64 | $        96.40 |
| 10/21/2022 | $ 1,715.00 | 5/1/2022 | $ 1,515.64 | $      295.76 |
| 11/17/2022 | $ 1,715.40 | 6/1/2022 | $ 1,515.64 | $      495.52 |
| 12/16/2022 | $ 1,815.40 | 7/1/2022 | $ 1,515.64 | $      795.28 |
| 2/16/2023 | $ 8,285.00 | 8/1/2022 | $ 1,515.64 | $    7,564.64 |
| 2/17/2023 | | 9/1/2022 | $ 1,515.64 | $    6,049.00 |
| 2/17/2023 | | 10/1/2022 | $ 1,515.64 | $    4,533.36 |
| 2/17/2023 | | **11/1/2022** | **$ 1,510.29** | $    3,023.07 |
| 2/17/2023 | | 12/1/2022 | $ 1,510.29 | $    1,512.78 |

## Notice of Final Cure Information
### Post-Petition Ledger

| Filed By: | Melissa Jan Strayer | Payment Changes | | |
|---|---|---|---|---|
| | 0 | | | |
| Case Number: | 20-01906 | **From Date** | **To Date** | **Total Amount** |
| Filing Date: | 06/23/20 | 7/1/2020 | 7/1/2021 | $1,462.68 |
| Loan No: | ███████████ | 8/1/2021 | 10/1/2022 | $1,515.64 |
| Payments in POC: | | 11/1/2022 | 10/1/2023 | $1,510.29 |
| Months in POC: | | 11/1/2023 | 10/1/2024 | $1,534.74 |
| First Post Due Date: | 07/01/20 | 11/1/2024 | | $1,538.57 |
| Plan | Borrower | | | |
| PPFN | | | | |
| Gap Payment | | | | |
| Disposition | | | | |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| 2/17/2023 | | 1/1/2023 | $ 1,510.29 | $          2.49 |
| 3/24/2023 | $ 3,020.41 | 2/1/2023 | $ 1,510.29 | $      1,512.61 |
| 3/27/2023 | | 3/1/2023 | $ 1,510.29 | $          2.32 |
| 4/20/2023 | $ 1,515.00 | 4/1/2023 | $ 1,510.29 | $          7.03 |
| 5/19/2023 | $ 1,515.00 | 5/1/2023 | $ 1,510.29 | $         11.74 |
| 6/29/2023 | $ 1,515.58 | 6/1/2023 | $ 1,510.29 | $         17.03 |
| 7/28/2023 | $ 1,515.08 | 7/1/2023 | $ 1,510.29 | $         21.82 |
| 8/24/2023 | $ 1,515.00 | 8/1/2023 | $ 1,510.29 | $         26.53 |
| 9/21/2023 | $ 1,515.00 | 9/1/2023 | $ 1,510.29 | $         31.24 |
| 10/23/2023 | $1,534.74 | 10/1/2023 | $ 1,510.29 | $         55.69 |
| 11/20/2023 | $1,534.74 | **11/1/2023** | **$1,534.74** | $         55.69 |
| 12/15/2023 | $1,534.74 | 12/1/2023 | $1,534.74 | $         55.69 |
| 1/25/2024 | $1,534.00 | 1/1/2024 | $1,534.74 | $         54.95 |
| 1/25/2024 | | | | $         54.95 |
| 2/27/2024 | $1,515.00 | 2/1/2024 | $1,534.74 | $         35.21 |
| 3/22/2024 | $1,515.00 | 3/1/2024 | $1,534.74 | $         15.47 |
| 4/22/2024 | $1,525.30 | 4/1/2024 | $1,534.74 | $          6.03 |
| 5/22/2024 | $1,545.00 | 5/1/2024 | $1,534.74 | $         16.29 |
| 6/27/2024 | $1,554.48 | 6/1/2024 | $1,534.74 | $         36.03 |
| 6/27/2024 | | | | $         36.03 |
| 7/29/2024 | $1,550.00 | 7/1/2024 | $1,534.74 | $         51.29 |
| 8/28/2024 | $1,535.00 | 8/1/2024 | $1,534.74 | $         51.55 |
| 9/27/2024 | $1,534.00 | 9/1/2024 | $1,534.74 | $         50.81 |
| 11/1/2024 | $1,540.00 | 10/1/2024 | $1,534.74 | $         56.07 |
| 11/30/2024 | $1,545.00 | **11/1/2024** | **$1,538.57** | $         62.50 |
| 12/30/2024 | $1,520.00 | 12/1/2024 | $1,538.57 | $         43.93 |
| 1/29/2025 | $1,525.00 | 1/1/2025 | $1,538.57 | $         30.36 |
| 2/26/2025 | $1,537.81 | 2/1/2025 | $1,538.57 | $         29.60 |
| 3/31/2025 | $1,538.47 | 3/1/2025 | $1,538.57 | $         29.50 |
| 4/21/2025 | $1,540.00 | 4/1/2025 | $1,538.57 | $         30.93 |
| 4/21/2025 | | | | $         30.93 |
| 5/29/2025 | $1,540.00 | 5/1/2025 | $1,538.57 | $         32.36 |

# Notice of Final Cure Information
## Post-Petition Ledger

| Filed By: | Melissa Jan Strayer | Payment Changes | | |
|---|---|---|---|---|
| | 0 | | | |
| Case Number: | 20-01906 | **From Date** | **To Date** | **Total Amount** |
| Filing Date: | 06/23/20 | 7/1/2020 | 7/1/2021 | $1,462.68 |
| Loan No: | ▮▮▮▮▮▮ | 8/1/2021 | 10/1/2022 | $1,515.64 |
| Payments in POC: | | 11/1/2022 | 10/1/2023 | $1,510.29 |
| Months in POC: | | 11/1/2023 | 10/1/2024 | $1,534.74 |
| First Post Due Date: | 07/01/20 | 11/1/2024 | | $1,538.57 |
| Plan | Borrower | | | |
| PPFN | | | | |
| Gap Payment | | | | |
| Disposition | | | | |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| 6/30/2025 | $1,538.51 | 6/1/2025 | $1,538.57 | $  32.30 |
| 7/24/2025 | $1,535.98 | 7/1/2025 | $1,538.57 | $  29.71 |
| | | | | $  29.71 |
| **AMOUNT DUE** | | **8/1/2025** | **$1,538.57** | **$  (1,508.86)** |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |
| | | | | $  (1,508.86) |